1

2      **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
       AT TACOMA**

3

4      **UNITED STATES OF AMERICA,**                Case No.  CR11-5305BHS

5              **Plaintiff,**
                                                    **INITIAL ORDER RE: ALLEGATIONS
6          **v.**                                   OF VIOLATION OF CONDITIONS
                                                    OF SUPERVISION BY UNITED
7      **TRACI ANDREA MCBRIDE,**                    STATES PROBATION OFFICE**

8              **Defendant.**

9

10

11         THIS MATTER comes on for hearing on the Petition of the United States Probation Office
       alleging that the defendant has violated the conditions of supervision.

12         The plaintiff appears through Special/Assistant US Attorney, DAVID JENNINGS:

13         The defendant appears personally and represented by counsel, JOHN CARPENTER:

14         The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of
15     supervision; the defendant has been advised of the allegation(s) and maximum potential sanction if
       substantiated; and the court finding probable cause with regard to the alleged violation(s);

16         The matter is scheduled for hearing  before the Honorable BENJAMIN H. SETTLE:

17                 Date: NOVEMBER 27, 2012

18                 Time: 10:00 A.M.

19     (  ) Defendant is released pending the above scheduled hearing.

20     ( X )  Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any
21     other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered
       by the court for further proceedings.

22         The clerks shall direct copies of this order to counsel for the United States, to counsel for the
23     defendant, the United States Marshal and to the United States Probation Office.  This Order is entered
       without prejudice to review.

24                                                  November 16, 2012.

25

26

27                                                  J. Richard Creatura
                                                    United States Magistrate Judge
28

ORDER
Page - 1